UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cr-19-SEB-MGN-1 |
| | ) | |
| CHRISTOPHER MUDD, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

This matter is before the Honorable William G. Hussmann, Jr., United States
Magistrate Judge, pursuant to the Entry and Order of District Judge Sarah Evans
Barker entered November 14, 2014, designating the Magistrate to conduct a
hearing on the Petition for Warrant or Summons for Offender Under Supervision
filed November 12, 2014, and to submit proposed findings of fact and a
recommendation for disposition of the matter. (Dkt. 8.)

1. Defendant appeared before the undersigned on December 4, 2014, along
with his counsel of record. The hearing was held on the record.

2. The Magistrate inquired of the Defendant concerning the truthfulness of
the facts underlying the Petition dated November 12, 2014. Defendant admitted
the underlying facts that he had failed to report to the Probation Officer, that he
had left his reported residence, and he admitted that he did not report a new
residence. Defendant also admitted that he had been terminated from his

employment, and he did not report this to the Probation Officer. He admitted that on September 19, 2014, the Probation Officer spoke with him by telephone and instructed him to surrender to the Residential Reentry Center on October 2, 2014, and that he failed to surrender as instructed. Finally, Defendant admitted that he did not further contact the Probation Officer

4. Upon inquiry by the Magistrate Judge, it was concluded that no threats or promises had been made to the Defendant prior to entering a plea in this case.

5. Defendant reported that he did not have any physical or mental conditions that would impair his ability to participate in and understand the proceedings.

6. Defendant was advised that he faced a term of imprisonment of between three and nine months under the guidelines that were likely applicable to this offense.

7. Defendant was advised of the agreement which is reflected in the attached proposed Judgment.

8. Defendant, after having an opportunity to discuss the matter with counsel, has voluntarily and knowingly agreed to enter a plea of guilty to the original Petition dated November 12, 2014.

9. The Supplemental Petition for Warrant or Summons for Offender Under Supervision dated November 24, 2014 (Dkt. 12), is **DISMISSED** by agreement of the parties.

The Magistrate, therefore, **RECOMMENDS** that District Judge Barker execute the Judgment attached hereto as the result of a voluntary and knowing plea of guilty to the original Petition in this case.

**SO RECOMMENDED** the 8th day of December, 2014.

_____

WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Distribution:**

Jonathan M. Hodge
BARBER BANASZYNSKI & HIATT, PSC
hodge@bbalaw.com

Nicholas J. Linder
UNITED STATES ATTORNEY'S OFFICE
nick.linder@usdoj.gov