UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:14-cr-19-SEB-MGN |
| | ) | |
| CHRISTOPHER MUDD, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S AMENDED REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Amended Report and Recommendation dated December 8, 2014, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of twelve (12) days. Thereafter, the defendant shall be on supervised release for a term of 352 days which shall be served at a residential re-entry center.

Date: 12/9/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF